737 A.2d 732

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Carl DAVIS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 27, 1999.

Basil G. Rusin, Public Defender, William Russo, Asst. Public Defender.

**ORDER**

PER CURIAM:

**AND NOW,** this 27th day of August, 1999, we **GRANT** the Petition for Allowance of Appeal.

It is further ordered that this matter is consolidated with *Commonwealth v. Valentin,* 66 W.D. Appeal Docket 1999, *Commonwealth v. Strickler,* 117 M.D. Appeal Docket 1999, and *Commonwealth v. Freeman,* 115–116 M.D. Appeal Docket 1999.